IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

Plaintiff(s),

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (docket no. 32) is GRANTED finding good cause shown. The Rule 16 Scheduling Order is amended as follows:

- The deadline to designate experts is extended to December 20, 2010

- The deadline to designate rebuttal experts is extended to January 20, 2011.

- The deadline to serve written discovery in the forms of Request for Production of Documents, Request for Admissions and Interrogatories is extended to February 18, 2011.

- The deadline to take all fact and expert depositions is extended to March 20, 2011.

- The deadline to complete all discovery is extended to March 20, 2011.

- The deadline to file dispositive motions is extended to April 20, 2011.

- The Final Pretrial Conference set on January 10, 2011, at 9:00 a.m. is VACATED and reset to **June 23, 2011 at 9:00 a.m.** The parties shall file with the court their proposed Final Pretrial Order five (5) days prior to the Final Pretrial Conference.

Date: July 06, 2010