IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

     Plaintiff,

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

     Defendant.

---

## MINUTE ORDER

---

**Order Entered By Judge Philip A. Brimmer**

     This matter is before the Court on plaintiff's unopposed motion to withdraw [Docket No. 42] his motion to change venue [Docket No. 31]. The Court is fully apprised of the motion's premises. It is

     **ORDERED** that plaintiff's unopposed motion to withdraw [Docket No. 42] his motion to change venue [Docket No. 31] is GRANTED.

     DATED August 10, 2010.