IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

Plaintiff(s),

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Compel Depositions of the Defendant, Ohio National Life Insurance Company (docket no. **48**) is DENIED for the following reason. Mr. Joseph Couch, who Plaintiff wishes to depose, is currently on short term disability leave following spinal fusion surgery. See exhibit A attached to Response (docket no. 54). Mr. Couch is not able to have his deposition taken at this time. It appears that Mr. Couch will be available in November 2010 to have his deposition taken. The parties are to forthwith meet, confer and set Mr. Couch's deposition in November 2010 at a time suitable to both parties and to Mr. Couch.

Date: September 30, 2010