IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

Plaintiff,

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

      It is hereby ORDERED that Plaintiff's Motion for Stay Regarding Magistrate's Order Regarding Defendant Ohio National Life Insurance Company's Motion to Compel Responses to Written Discovery (docket no. 36)[Docket No. **60**] is GRANTED finding good cause shown. This court's Order Regarding Defendant Ohio National Life Insurance Company's Motion to Compel Responses to Written Discovery (docket no. 53) is STAYED until such time as Judge Brimmer rules on the Plaintiff's Objections to Discovery Order and Motion to Set Aside (docket no. 59) and Defendant Ohio National Life Insurance Company's Objections to Order Denying in Part Motion to Compel Responses to Written Discovery (docket no. 58).

Date: October 7, 2010