IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

Plaintiff,

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

      It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 55) is DENIED for the following reasons. This court has already addressed the Defendant's concern as outlined in the subject motion. See minute order dated September 30, 2010 (docket no. 57). The parties are to follow minute order (docket no. 57) in setting Mr. Couch's deposition and the parties shall use a little "common sense" as well. Once Mr. Couch is physically able to have his deposition taken, which appears to be by mid-November 2010, then the parties should set Mr. Couch's deposition. The parties shall meet and confer before setting Mr. Couch's deposition just like for any other deposition that needs to be set. See D.C.COLO.LCivR 30.1.

Date: October 27, 2010