IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02732-PAB-MJW

DARREN MCDANIEL,

Plaintiff(s),

v.

OHIO NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This Court reserved ruling on Request for Production No. 9 in Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production of Documents and Interrogatories. See paragraph no. 1 in the Order Section of docket no. 64.

      This Court has now received, for *in camera* review, documents responsive to Request for Production no. 9 from Defendant. Such documents are bates stamped JC File 001 to JC File 0038, inclusive. This Court has now reviewed such documents, *in camera*. This Court takes judicial notice of this Court's Order (docket no. 64) and incorporates by reference my findings in docket no. 64. Moreover, after careful review of such documents, this Court finds that such documents are relevant to the issues before this court and may lead to admissible evidence at trial. This Court further finds that the privacy interest of Joseph Couch is outweighed by the need for this information.

      Accordingly, it is hereby ORDERED that Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production of Documents and Interrogatories (docket no. 51) as it pertains to Request for Production No. 9 is GRANTED. The Defendant shall provide to Plaintiff, copies of documents bates stamped JC File 001 to JC File 0038, inclusive, **on or before November 22, 2010.** The Plaintiff may use these documents for the limited purpose of this case and for no other purpose.

      It is FURTHER ORDERED that the documents bates stamped JC File 001 to JC File 0038, inclusive, shall be SEALED by the court and not opened except by further Order of Court.

Date: November 1, 2010